UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CHARLENE HILL,

                Plaintiff,

v.                                                   19-CV-1725
                                                        **ORDER**

STATE UNIVERSITY OF NEW YORK
AT BUFFALO,

                Defendant.
_____

      Plaintiff Charlene Hill has submitted to this Court a complaint alleging harassment and discrimination based on color and race.  Dkt. 1; *see also* Dkt. 4.  Plaintiff Hill also filed a motion to proceed *in forma pauperis* and supporting affirmation.  Dkt. 2.

      Due to the intervening Covid-19 pandemic and the demands of the Court's criminal docket, the motion remained pending.  On January 13, 2023, the Court issued a Text Order requiring Plaintiff Hill to file an updated motion and supporting affidavit.  Dkt. 8.  Plaintiff timely complied.  Dkt. 9.  The updated affirmation supporting the motion to proceed *in forma pauperis* has been reviewed by the Court in accordance with the requirements of 28 U.S.C. § 1915(a)(1), and the complaint has been reviewed with respect to the criteria of 28 U.S.C. § 1915(e)(2).

      The Court finds that Plaintiff has failed to meet the statutory requirements for *in forma pauperis* status; permission to proceed *in forma pauperis* is therefore denied.

Plaintiff's annual income of more than $44,000.00[1] is well above the federal poverty threshold, which had long been considered relevant to any analysis undertaken pursuant to 28 U.S.C. § 1915(a)(1).  *See, e.g.*, *Boka v. Whalen*, 2016 U.S. App. LEXIS 23889.  In 2023, the U.S. Department of Health and Human Services set the poverty level for single-person families at an annual income of $14,580.00.  Annual Update of the HHS Poverty Guidelines, 88 Fed. Reg. 3424 (Jan. 19, 2023), https://aspe.hhs.gov/topics/poverty-economic-mobility/poverty-guidelines.

Accordingly, Plaintiff has until **October 19, 2023** to pay the filing and administrative fees totaling $400.00.  In the event that Plaintiff does not pay the fees or otherwise seek relief from the Order by **October 19, 2023**, the Clerk of the Court is directed, without further order of the Court, to close this case as dismissed without prejudice.

SO ORDERED.

*s/Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:  September 12, 2023

---

[1] Comprised of her annual salary and quarterly dividends.